B1 (Official Form 1) (4/13)

| United States Bankruptcy Court<br>DISTRICT OF *PUERTO RICO* | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br><br>*BTB CORPORATION* | Name of Joint Debtor (Spouse)(Last, First, Middle): |
|---|---|

| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>*NONE* | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
|---|---|

| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): *66-0635433* | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): |
|---|---|

| Street Address of Debtor (No. & Street, City, and State):<br>*ROAD 165, KM 2.4*<br>*PUEBLO VIEJO WARD*<br>*Guaynabo, PR*   ZIPCODE *00965* | Street Address of Joint Debtor (No. & Street, City, and State):   ZIPCODE |
|---|---|

| County of Residence or of the<br>Principal Place of Business: | County of Residence or of the<br>Principal Place of Business: |
|---|---|

| Mailing Address of Debtor (if different from street address):<br>*P.O. BOX 3465*<br>*AMELIA CONTRACT STA.*<br>*Catano, PR*   ZIPCODE *00963-3465* | Mailing Address of Joint Debtor (if different from street address):   ZIPCODE |
|---|---|

| Location of Principal Assets of Business Debtor<br>(if different from street address above):   *SAME*   ZIPCODE |
|---|

| Type of Debtor (Form of organization)<br><br>(Check **one** box.)<br><br>☐ Individual (includes Joint Debtors)<br>  *See Exhibit D on page 2 of this form.*<br>☒ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (if debtor is not one of the above<br>  entities, check this box and state type of<br>  entity below | Nature of Business<br>(Check **one** box.)<br><br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>  in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | Chapter of Bankruptcy Code Under Which the Petition is Filed<br>(Check one box)<br><br>☐ Chapter 7     ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 9         of a Foreign Main Proceeding<br>☒ Chapter 11<br>☐ Chapter 12    ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 13        of a Foreign Nonmain Proceeding |
|---|---|---|

| | | Nature of Debts (Check one box)<br><br>☐ Debts are primarily consumer debts, defined   ☒ Debts are primarily<br>  in 11 U.S.C. § 101(8) as "incurred by an        business debts.<br>  individual primarily for a personal, family,<br>  or household purpose" |
|---|---|---|

| **Chapter 15 Debtors**<br>Country of debtor's center of main interests:<br>_____<br>Each country in which a foreign proceeding by,<br>regarding, or against debtor is pending:<br>_____ | **Tax-Exempt Entity**<br>(Check box, if applicable.)<br><br>☐ Debtor is a tax-exempt organization<br>  under Title 26 of the United States<br>  Code (the Internal Revenue Code). | **Chapter 11 Debtors:**<br>**Check one box:**<br>☐ Debtor is a small business as defined in 11 U.S.C. § 101(51D).<br>☒ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br><br>**Check if:**<br>☒ Debtor's aggregate noncontingent liquidated debts (excluding debts<br>  owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment*<br>  *on 4/01/16 and every three years thereafter).*<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>**Check all applicable boxes:**<br>☐ A plan is being filed with this petition<br>☐ Acceptances of the plan were solicited prepetition from one or more<br>  classes of creditors, in accordance with 11 U.S.C. § 1126(b). |
|---|---|---|

| Filing Fee (Check one box)<br><br>☒ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>  attach signed application for the court's consideration certifying that the debtor<br>  is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>  attach signed application for the court's consideration. See Offic ial Form 3B. | |
|---|---|

| Statistical/Administrative Information<br><br>☒ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for<br>  distribution to unsecured creditors. | THIS SPACE IS FOR COURT USE ONLY |
|---|---|

Estimated Number of Creditors

| ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | Over<br>100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

**B1 (Official Form 1) (4/13)** FORM B1, Page 2

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**BTB CORPORATION** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** | (If more than two, attach additional sheet) |
|---|---|

| Location Where Filed:<br>**NONE** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** | (If more than one, attach additional sheet) |
|---|---|

| Name of Debtor:<br>**NONE** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under Chapter 11)<br><br>☒ Exhibit A is attached and made a part of this petition | (To be completed if debtor is an individual<br>whose debts are primarily consumer debts)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>**X** _____  *5/17/2015*<br>Signature of Attorney for Debtor(s)        Date |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and exhibit C is attached and made a part of this petition.
☒ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D, completed and signed by the debtor, is attached and made part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1) (4/13)                                                                                            FORM B1, Page 3

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **BTB CORPORATION** |

## Signatures

<table>
<tr>
<td>

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b)

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (if not represented by attorney)

_____
Date

</td>
<td>

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed name of Foreign Representative)

_____
(Date)

</td>
</tr>
<tr>
<td>

**Signature of Attorney***

**X** */s/ ALEXIS FUENTES-HERNANDEZ*
Signature of Attorney for Debtor(s)

**ALEXIS FUENTES-HERNANDEZ 217201**
Printed Name of Attorney for Debtor(s)

**ALEXIS FUENTES-HERNANDEZ**
Firm Name

**P.O.BOX 9022726**
Address

**SAN JUAN, PR  00902-2726**

**787-607-3436**
Telephone Number

**5/17/2015**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

</td>
<td>

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

</td>
</tr>
<tr>
<td>

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** */s/ SAMUEL LIZARDI*
Signature of Authorized Individual

**SAMUEL LIZARDI**
Printed Name of Authorized Individual

**Interim President**
Title of Authorized Individual

**5/17/2015**
Date

</td>
<td></td>
</tr>
</table>

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF PUERTO RICO

In re    *BTB CORPORATION*                                                        Case No.
                                                                                  Chapter  *11*

_____ / Debtor

Attorney for Debtor:   *ALEXIS FUENTES-HERNANDEZ*

# STATEMENT PURSUANT TO RULE 2016(B)

The undersigned, pursuant to Rule 2016(b), Bankruptcy Rules, states that:

1.  The undersigned is the attorney for the debtor(s) in this case.

2.  The compensation paid or agreed to be paid by the debtor(s), to the undersigned is:
    a)  For legal services rendered or to be rendered in contemplation of and in
        connection with this case . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____ *hourly*
    b)  Prior to the filing of this statement, debtor(s) have paid . . . . . . . . . . . . . . $_____ *26,717.00*
    c)  The unpaid balance due and payable is . . . . . . . . . . . . . . . . . . . . . . . . $_____ *0.00*

3.  $_____*1,717.00*____ of the filing fee in this case has been paid.

4.  The Services rendered or to be rendered include the following:
    a)  Analysis of the financial situation, and rendering advice and assistance to the debtor(s) in determining whether to
        file a petition under title 11 of the United States Code.
    b)  Preparation and filing of the petition, schedules, statement of financial affairs and other documents required by the
        court.
    c)  Representation of the debtor(s) at the meeting of creditors.

5.  The source of payments made by the debtor(s) to the undersigned was from earnings, wages and compensation for
    services performed, and
        *None other*

6.  The source of payments to be made by the debtor(s) to the undersigned for the unpaid balance remaining, if any, will
    be from earnings, wages and compensation for services performed, and
        *None other*

7.  The undersigned has received no transfer, assignment or pledge of property from debtor(s) except the following for
    the value stated:
        *None*

8.  The undersigned has not shared or agreed to share with any other entity, other than with members of undersigned's
    law firm, any compensation paid or to be paid except as follows:
        *None*

Dated:  *5/17/2015*                    Respectfully submitted,

                              X */s/ ALEXIS FUENTES-HERNANDEZ*_____
            Attorney for Petitioner: *ALEXIS FUENTES-HERNANDEZ*
                              *ALEXIS FUENTES-HERNANDEZ*
                              *P.O.BOX 9022726*
                              *SAN JUAN PR  00902-2726*

                              *787-607-3436*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF PUERTO RICO

In re *BTB CORPORATION,*

Case No.
Chapter   *11*

_____ / Debtor

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's  liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data"if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | Attached (Yes/No) | No. of Sheets | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A-Real Property | *Yes* | *1* | $          0.00 | | |
| B-Personal Property | *Yes* | *3* | $   16,567,213.87 | | |
| C-Property Claimed as Exempt | *No* | *0* | | | |
| D-Creditors Holding Secured Claims | *Yes* | *1* | | $    5,940,035.00 | |
| E-Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | *Yes* | *3* | | $          0.00 | |
| F-Creditors Holding Unsecured Nonpriority Claims | *Yes* | *16* | | $    7,350,372.86 | |
| G-Executory Contracts and Unexpired Leases | *Yes* | *1* | | | |
| H-Codebtors | *Yes* | *1* | | | |
| I-Current Income of Individual Debtor(s) | *No* | *0* | | | $          0.00 |
| J-Current Expenditures of Individual Debtor(s) | *No* | *0* | | | $          0.00 |
| TOTAL | | 26 | $   16,567,213.87 | $   13,290,407.86 | |

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF PUERTO RICO

In re *BTB CORPORATION,*

Case No.

Chapter  *11*

_____ / Debtor

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C  § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8), filing a case under chapter 7, 11, or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

This information is for statistical purposes only under 28 U.S.C. § 159.

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ |
| Student Loan Obligations (from Schedule F) | $ |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ |
| **TOTAL** | $ |

State the following:

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | $ |
| Average Expenses (from Schedule J, Line 22) | $ |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20) | $ |

State the following:

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | $ | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ |
| 4. Total from Schedule F | | $ |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ |

B6 Declaration (Official Form 6 - Declaration) (12/15)

In re **BTB CORPORATION,**                                                   Case No. _____
                          Debtor                                                    (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY ON BEHALF OF A CORPORATION

I, **SAMUEL LIZARDI**_____, **Interim President**___ of the **Corporation**_____
named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of    __27__ sheets,
and that they are true and correct to the best of my knowledge, information, and belief.


Date: **5/17/2015**_____          Signature **/s/ SAMUEL LIZARDI**_____
                                                  Name: **SAMUEL LIZARDI**
                                                  Title:  **Interim President**


[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]


Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

---

## CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER   (See 11.U.S.C. § 110)

I certify that I am a bankruptcy preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor
with a copy of this document.

Preparer:                                               Social security No. : _____


Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:


If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.


X_____          Date: _____


A bankruptcy petition preparer's failure to comply with the provisions of title 11 and  the Federal Rules of Bankruptcy Procedure may result in fines or
imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.


Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF PUERTO RICO

In re   *BTB CORPORATION*

Case No.

Chapter   *11*

_____ ,
Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| 1<br>*US DEPARTMENT OF JUSTICE*<br><br>*350 CARLOS CHARDON ST.*<br>*San Juan PR  00918* | Phone:<br>*US DEPARTMENT OF JUSTICE*<br>*TORRE CHARDON, SUITE 1201*<br>*350 CARLOS CHARDON ST.*<br>*San Juan PR  00918* | | | *$ 3,105,629.00* |
| 2<br>*ASPHALTOS TRADE S.A.*<br><br>*AVE. MANUEL ESPINOSA*<br>*PANAMA REPUBLIC OF PANAMA* | Phone:<br>*ASPHALTOS TRADE S.A.*<br>*IBC TOWER, FLOOR 9, OFF 6*<br>*AVE. MANUEL ESPINOSA*<br>*PANAMA REPUBLIC OF PANAMA* | | | *$ 1,895,882.67* |
| 3<br>*GLOBAL ASPHALT LOGISTICS*<br>*AND TRADING*<br>*SAGL VIALE STAZIONE*<br>*BELLIZONA SWITZERLAND* | Phone:<br>*GLOBAL ASPHALT LOGISTICS*<br>*AND TRADING*<br>*SAGL VIALE STAZIONE*<br>*BELLIZONA SWITZERLAND* | | | *$ 1,238,514.52* |
| 4<br>*OLEIN RECOVERY CORP.*<br><br>*P.O. BOX 704*<br>*Yabucoa PR  00767-0000* | Phone:<br>*OLEIN RECOVERY CORP.*<br>*PMB 197*<br>*P.O. BOX 704*<br>*Yabucoa PR  00767-0000* | | | *$ 229,054.00* |
| 5<br>*JUAN R. ROBLES TRANSPORT, CORP*<br>*P.O. BOX 801428*<br>*Coto Laurel PR 00780-1428* | Phone:<br>*JUAN R. ROBLES TRANSPORT, CORP*<br>*P.O. BOX 801428*<br>*Coto Laurel PR 00780-1428* | | | *$ 204,864.00* |

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| 6<br>TROPIGAS DE PR, INC.<br>P.O. BOX 70205<br>San Juan PR 00936-8205 | Phone:<br>TROPIGAS DE PR, INC.<br>P.O. BOX 70205<br>San Juan PR 00936-8205 | | | $ 135,812.05 |
| 7<br>SUPER ASPHALT PAVEMENT CORPORATION<br>P.O. BOX 1849<br>Guaynabo PR 00970-1849 | Phone:<br>SUPER ASPHALT PAVEMENT CORPORATION<br>P.O. BOX 1849<br>Guaynabo PR 00970-1849 | | | $ 112,137.00 |
| 8<br>ENERSYS ENGINEERING CORPORATION<br>CENTRO INTNL MERCADEO II<br>Guaynabo PR 00968-8058 | Phone:<br>ENERSYS ENGINEERING CORPORATION<br>CENTRO INTNL MERCADEO II<br>Guaynabo PR 00968-8058 | | | $ 90,342.46 |
| 9<br>COLISEO DE PUERTO RICO<br>P.O. BOX 195385<br>San Juan PR 00919-5385 | Phone:<br>COLISEO DE PUERTO RICO<br>P.O. BOX 195385<br>San Juan PR 00919-5385 | | | $ 62,500.00 |
| 10<br>PUERTO RICO WIRE, INC.<br>P.O. BOX 363167<br>San Juan PR 00936-3168 | Phone:<br>PUERTO RICO WIRE, INC.<br>P.O. BOX 363167<br>San Juan PR 00936-3168 | | | $ 28,228.03 |
| 11<br>BANCO POPULAR, CREDIT CARD<br><br>P.O. BOX 70100<br>SAN JUAN PR  00936-8100 | Phone:<br>BANCO POPULAR, CREDIT CARD DIV. TARJETA DE CREDITO<br>P.O. BOX 70100<br>SAN JUAN PR  00936-8100 | | | $ 27,299.23 |
| 12<br>RAYMOND B. HUDDLESTON<br><br>#13<br>Naranjito PR  00719-9788 | Phone:<br>RAYMOND B. HUDDLESTON<br>HC-72 BOX 3766<br>#13<br>Naranjito PR  00719-9788 | | | $ 25,528.00 |
| 13<br>BLACKLIDGE EMULSIONS, INC.<br>P.O. BOX 678265<br>Dallas TX 75267-8265 | Phone:<br>BLACKLIDGE EMULSIONS, INC.<br>P.O. BOX 678265<br>Dallas TX 75267-8265 | | | $ 25,265.42 |

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| 14<br>IPFS CORPORATION<br>P.O. BOX 70134<br>San Juan PR 00936-8134 | Phone:<br>IPFS CORPORATION<br>P.O. BOX 70134<br>San Juan PR 00936-8134 | | | $ 23,132.84 |
| 15<br>TRIPLE-S SALUD<br>P.O. BOX 71548<br>San Juan PR 00936-8648 | Phone:<br>TRIPLE-S SALUD<br>P.O. BOX 71548<br>San Juan PR 00936-8648 | | | $ 16,513.44 |
| 16<br>CARIBBEAN SIGN SUPPLY<br><br>SABANA LLANA IND. PARK<br>San Juan PR  00925 | Phone:<br>CARIBBEAN SIGN SUPPLY<br>4 LAS BRISAS<br>SABANA LLANA IND. PARK<br>San Juan PR  00925 | | | $ 16,084.99 |
| 17<br>J.R. INSULATION SALES &<br>SERVICE<br>PO. BOX 10490<br>Ponce PR 00732-0490 | Phone:<br>J.R. INSULATION SALES &<br>SERVICE<br>PO. BOX 10490<br>Ponce PR 00732-0490 | | | $ 15,275.00 |
| 18<br>AMERICAN PETROLEUM CO.,<br>INC.<br>P.O. BOX 2529<br>Toa Baja PR 00951-2529 | Phone:<br>AMERICAN PETROLEUM CO.,<br>INC.<br>P.O. BOX 2529<br>Toa Baja PR 00951-2529 | | | $ 14,220.00 |
| 19<br>REICHARD & ESCALERA<br>P.O. BOX 364148<br>San Juan PR 00936-4148 | Phone:<br>REICHARD & ESCALERA<br>P.O. BOX 364148<br>San Juan PR 00936-4148 | | | $ 8,000.00 |
| 20<br>R/O RENTAL EQUIPMENT, INC.<br>P.O. BOX 847<br>Naranjito PR 00719 | Phone:<br>R/O RENTAL EQUIPMENT, INC.<br>P.O. BOX 847<br>Naranjito PR 00719 | | | $ 7,686.20 |

**B4 (Official Form 4) (12/07)**

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION

I, *SAMUEL LIZARDI* , *Interim President* of the *Corporation* named
as debtor in this case, declare under penalty of perjury that I have read the foregoing List of Creditors Holding Twenty Largest Unsecured Claims and that
they are true and correct to the best of my knowledge, information and belief.

Date: *5/17/2015*        Signature */s/ SAMUEL LIZARDI*
                    Name:  *SAMUEL LIZARDI*
                    Title:  *Interim President*

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF PUERTO RICO

In re *BTB CORPORATION,*

Case No.
Chapter  *11*

_____ / Debtor

Attorney for Debtor:   *ALEXIS FUENTES-HERNANDEZ*

## COVER SHEET FOR LIST OF CREDITORS

I hereby certify under penalty of perjury that the attached list of creditors, which consists of ____*9*____ pages, is true, correct and complete to the best of my knowledge.

Date: __*5/17/2015*_____

*/s/ SAMUEL LIZARDI*_____
Debtor

*/s/ ALEXIS FUENTES-HERNANDEZ*_____
*ALEXIS FUENTES-HERNANDEZ*
*Attorney for the debtor(s)*
*P.O.BOX 9022726*
*SAN JUAN, PR  00902-2726*

BTB CORPORATION
P.O. BOX 3465
AMELIA CONTRACT STA.
Catano, PR  00963-3465


ALEXIS FUENTES-HERNANDEZ
P.O.BOX 9022726
SAN JUAN, PR  00902-2726


AFAB
BOX 10576
CAPARRA HEIGHTS
San Juan, PR  00922


AGRO. CARMEN MILLAN
HC 03, BOX 15532
Cabo Rojo, PR  00623


ALTERNATE PRINTING SOLUTIONS
PMB 228, CALLE 39, UU-1
SANTA JUANITA
Bayamon, PR  00956


AMERICAN PETROLEUM CO., INC.
P.O. BOX 2529
Toa Baja, PR  00951-2529


AQUASPRING
P.O. BOX 216
Guaynabo, PR  00970-0216


ARAMSCO, INC.
LUCHETTI 418
CALLE C
Bayamon, PR  00961-7412


ASPHALTOS TRADE S.A.
IBC TOWER, FLOOR 9, OFF 6
AVE. MANUEL ESPINOSA BATISTA
PANAMA, REPUBLIC OF PANAMA


BANCO POPULAR, CREDIT CARD
DIV. TARJETA DE CREDITO
P.O. BOX 70100
SAN JUAN, PR  00936-8100

BANCO SANTANDER
P.O. BOX 362589
SAN JUAN, PR  00936-2589


BETA RESEARCH & DEVELOPMENT
12251 BERNARD PARKWAY
SUITE 200
Gulfport, MS  39503


BLACKLIDGE EMULSIONS, INC.
P.O. BOX 678265
Dallas, TX  75267-8265


CADILLAC UNIFORM & LINEN
P.O. BOX 1893
Bayamon, PR  00960-1893


CARIBBEAN SIGN SUPPLY
4 LAS BRISAS
SABANA LLANA IND. PARK
San Juan, PR  00925


CATERPILLAR CREDITO, S.A. DE C.V.
BLVD. DIAZ ORDAZ 140 PTE.
TORRE 2, PISO 9
MONTERREY, MEXICO  64650


CBI AMERICAS LIMITED
2103 RESEARCH FOREST DR.
THE WOODLANDS
Spring, TX  77380


CHAVES-CARABALLO LAW OFFICE
P.O. BOX 362122
San Juan, PR  00936-2122


COA INTERNATIONAL, CORP.
P.O. BOX 2557
Guaynabo, PR  00970-2558


COLISEO DE PUERTO RICO
P.O. BOX 195385
San Juan, PR  00919-5385

COMMERCIAL EQUIPMENT FINANCE, INC.
353 DOMENECH AVE.,
SUITE 201
San Juan, PR 00918


COMMUNICATIONS ENGINEERING, INC.
P.O. BOX 12006
San Juan, PR 00922-2007


COMOAS & COMAS CONTRACTORS, CORP
CARR 311, KM 3.5
INT. BO. CERILLOS
Cabo Rojo, PR 00623


CONSOLIDATED WASTE SERVICES, CORP.
P.O. BOX 1322
Gurabo, PR 00778


CORREA TIRE DISTRIBUTOR
P.O. BOX 850
Vega Baja, PR 00693


CRIM
P.O. BOX 195387
SAN JUAN, PR 00919-5387


DEPARTMENT OF LABOR OF PR
BUREAU LEGAL AFFAIRS - 18 FL.
P.O. BOX 71592
San Juan, PR 00936-8692


DEPARTMENT OF TREASURY OF PR
PO BOX 9022501
SAN JUAN, PR 00902-2501


DG3A DESIGN GROUP, PSC
400 KALAF
PMB 122
San Juan, PR 00918


DIRECT TV
P.O. BOX 71556
San Juan, PR 00936-8514

E.C. WASTE
P.O. BOX 71561
San Juan, PR  00936-8661


ENERSYS ENGINEERING CORPORATION
CENTRO INTNL MERCADEO II
CARR 165, TORRE 90, SUITE 312
Guaynabo, PR  00968-8058


EXTREAM UNIT DEVELOPMENT
P.O. BOX 50573
Toa Baja, PR  00950-0573


FLEXITANK, INC.
METRO OFFICE PARK
CALLE 1, LOTE 5
Guaynabo, PR  00968


FRANK ELECTRIC SERVICES, INC.
1005 HOSTOS AVE.
Ponce, PR  00716-1101


GLOBAL ASPHALT LOGISTICS AND TRADING
SAGL VIALE STAZIONE
9 6500
BELLIZONA, SWITZERLAND


GUARAGUAO TRUCK
P.O. BOX 3177
Bayamon, PR  00960-3177


HUMAN RESOURCES EVOLUTION
130 WINSTON CHURCHILL
SUITE 1, PMB 351
San Juan, PR  00926-6115


INDUSTRIAL PUBLISHERS, INC.
LA CUMBRE
273 SIERRA MORENA ST SUITE 501
San Juan, PR  00926


INRUMEC
P.O. BOX 363713
San Juan, PR  00936-3713

INSPECTORATE INSPECTION & CONTROLS
CARR 127, KM 19.1
TALLABOA
Penuelas, PR 00624


INTERNAL REVENUE SERVICE
CITY VIEW PLAZA II
48 CARRETERA 165, STE 200
Guaynabo, PR 00968


INTERTEK USA, INC.
P.O. BOX 416482
Boston, MA 02241-6482


IPFS CORPORATION
P.O. BOX 70134
San Juan, PR 00936-8134


J.R. INSULATION SALES & SERVICE
PO. BOX 10490
Ponce, PR 00732-0490


JOSE L. SANTIAGO
CALLE 1 OESTE, BUZON 10
RIO PLANTATION
Catano, PR 00962


JUAN R. ROBLES TRANSPORT, CORP
P.O. BOX 801428
Coto Laurel, PR 00780-1428


KOI ALCOM
KOI BLDG.
ACUARELA ST. 3
Guaynabo, PR 00969


LA VEGA LANDFILL & RESOURCES, INC.
P.O. BOX 582
Vega Alta, PR 00692


LINEMASTER
90 RIO HONDO AVE.
#441
Catano, PR 00962

MARICHAL, HERNANDEZ, SANTIAGO & JUARBE
P.O. BOX 190095
San Juan, PR 00919-0095


MASTER CHROME
25 CARR. 28
Catano, PR 00962


MG EQUIPMENT PARTS, INC.
P.O. BOX 51865
LEVITTOWN
Toa Baja, PR 00950-1865


MOBILE PAINT MANUFACTURING CO., INC.
P.O. BOX 717
Theodore, AL 36590


MUNICIPIO DE GUAYNABO
P.O. BOX 7885
Guaynabo, PR 00970


MUNICIPIO DE PENUELAS
APARTADO 10
Penuelas, PR 00624


NATIONAL RESPONSE CORPORATION
3500 SUNRISE HWY
SUITE 200, BUILDING 200
Great River, NY 11739


NESTOR REYES, INC.
P.O. BOX 9023474
San Juan, PR 00902-3474


NORTH SAFETY GROUP, CORP.
REPARTO MARQUEZ
CALLE 101-14
Arecibo, PR 00613


OLEIN RECOVERY CORP.
PMB 197
P.O. BOX 704
Yabucoa, PR 00767-0000

OLIVER EXTERMINATING
P.O. BOX 363888
SAN JUAN, PR  00936-3888


PIETRANTONI MENDEZ & ALVAREZ LLC
POPULAR CENTER 19TH FLOOR
208 PONCE DE LEON AVE.
San Juan, PR  00918


POPULAR AUTO
P.O. BOX 15011
San Juan, PR  00902-8511


PRIME JANITORIAL SERVICE CORPORATION
P.O. BOX 759
Mercedita, PR  00715


PRTC
P.O. BOX 70366
San Juan, PR  00936-8366


PUERTO RICO DUST CONTROL
P.O. BOX 362048
San Juan, PR  00936-2048


PUERTO RICO WIRE, INC.
P.O. BOX 363167
San Juan, PR  00936-3168


R&F ASPHALT, INC.
P.O. BOX 801028
Coto Laurel, PR  00780-1028


R/O RENTAL EQUIPMENT, INC.
P.O. BOX 847
Naranjito, PR  00719


RAYMOND B. HUDDLESTON
HC-72 BOX 3766
#13
Naranjito, PR  00719-9788

REICHARD & ESCALERA
P.O. BOX 364148
San Juan, PR 00936-4148


RICOH PUERTO RICO, INC.
P.O. BOX 2110
Carolina, PR 00984-2110


SABANA LUMBER YARD
CALLE JUANCHO LOPEZ #59
BO. SABANA
Catano, PR 00962


SAFETY ZONE
P.O. BOX 2151
San Juan, PR 00922-2152


STATE INSURANCE FUND
P.O. BOX 365028
SAN JUAN, PR 00936-5028


STEEL & PIPES, INC.
P.O. BOX 5309
Caguas, PR 00726-5309


SUPER ASPHALT PAVEMENT CORPORATION
P.O. BOX 1849
Guaynabo, PR 00970-1849


SWIRL
PMB 138
AVE. ESMERALDA 405
Guaynabo, PR 00969


TECHWEB PUERTO RICO, INC.
PMB 107
701 AVE. PONCE DE LEON, STE 1
San Juan, PR 00907-3257


TRIPLE-S SALUD
P.O. BOX 71548
San Juan, PR 00936-8648

TROPIGAS DE PR, INC.
P.O. BOX 70205
San Juan, PR  00936-8205


TRUCK PARTS CENTER
P.O. BOX 970
Bayamon, PR  00960


UPS
P.O. BOX 71594
San Juan, PR  00936-8694


US DEPARTMENT OF JUSTICE
TORRE CHARDON, SUITE 1201
350 CARLOS CHARDON ST.
San Juan, PR  00918


WARRYN R. APONTE PACHECO
BOX 1904
BO. LA GLORIA
Saint Just, PR  00978

CERTIFIED COPY OF RESOLUTION OF THE BOARD
OF DIRECTORS OF BTB CORPORATION AUTHORIZING THE FILING OF
A PETITION FOR REORGANIZATION UNDER CHAPTER 11
OF THE BANKRUPTCY CODE

RESOLVED:  Whereas the corporation is unable to meet its obligations as they mature; and

Whereas, creditors are threatening suit and have threatened to undertake steps to obtain possession of the corporation's assets; and

Whereas, it is apparent that the continuation of the affairs of the corporation without the protection of the Bankruptcy Court could result in the corporation's demise.  Now therefore,

Be it resolved that a Petition in Proceedings for Reorganization under Chapter 11 of the Bankruptcy Code be filed by the corporation and that Samuel Lizardi as interim President, be and hereby is authorized to execute on behalf of the corporation and for it all the necessary documents for the filing of a Petition for Reorganization under Chapter 11 of the Bankruptcy Code; and be it further resolved;

That pursuant to 11 U.S.C. §1107, the corporation shall exercise the rights and powers set forth therein, subject to the provisions thereof and unless the United States Bankruptcy Court for the District of Puerto Rico provides or orders otherwise, the corporation will continue to operate its business and manage its affairs, as provided in 11 U.S.C. §1108.

That Alexis Fuentes Hernández, Esq., of Fuentes Law Offices, be retained to act as counsel for the corporation in such reorganization proceedings or any other proceeding under the Bankruptcy Code.

The undersigned hereby certifies that he is the Sub Secretary of BTB Corporation and that the above is a true and correct copy of a resolution adopted by the Board of Directors of said corporation at a duly constituted meeting held on the 15th day of May, 2015, in accordance with its corporate regulations; that quorum was present at said meeting; that said resolution has not been revoked, modified, annulled or amended in any manner whatsoever.

CORPORATE RESOLUTION

In witness hereof, I have here to set my hand and affixed the seal of said corporation this 15th day of May, 2015.

Antonio Marichal

Sub Secretary